**Order entered June 3, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01596-CV

## IN THE ESTATE OF MARIE MERKEL, DECEASED

**On Appeal from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. PR-05-00375-3**

## ORDER

We **GRANT** appellant's June 2, 2015 motion for an extension of time to file a reply brief. Appellant shall file a reply brief by **JUNE 23, 2015**.

/s/     ELIZABETH LANG-MIERS
         JUSTICE